# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARDEE STUDNICKA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**COZAD HAYMAKER GRAND** )<br>**GENERATION, INC., a Nebraska** )<br>**Corporation,** )<br>)<br>**Defendant.** ) | 7:10-cv-05007-LSC-FG3<br><br>ORDER |

For good cause shown,

**IT IS ORDERED** that the parties' Stipulation and Motion for Stay of Disclosures (Doc. 15) is granted, as follows:

1. All proceedings in this matter are stayed from September 8, 2010, through September 17, 2010, pending direct settlement negotiations.

2. The parties' agreed deadline for exchanging Rule 26(a)(1) disclosures is extended to September 23, 2010.

3. To facilitate immediate negotiations, the court will delay entering an initial progression order. Counsel shall file a status report on or before **September 23, 2010,** regarding the progress of their settlement discussions and advising whether a case progression order should be entered.

**DATED September 9, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**